RECEIVED
AUG 24 2023
BY MAIL

# United States District Court
## Eastern District of Missouri
### Eastern Division

Tyler Johnson,
  Plaintiff,

v.                Civil Case: #4:19-CV-02710-JAR

Colgate-Palmolive Co.,
  Defendant.

## Petition to certify Plaintiff as class member and/or Motion for consolidation of classmember's claims

Comes now Plaintiff Tyler Johnson and hereby submits this Petition to certify Plaintiff as classmember and or Motion for consolidation of classmember's claims and states the following facts below:

\*①. Plaintiff Tyler Johnson notes that he currently is a resident of Missouri, residing at the address of: E.R.D.C.C 2727 Highway K. Bonne Terre, Mo. 63628. Plaintiff seeks $2.8 million dollars in relief from Colgate-Palmolive company.

\*②. Plaintiff Johnson notes that he has suffered damages and irreparable harm deriving from the malevolently conveyed deceptive and unfair trade practices of the "Colgate-Palmolive company" who diabolically used false pretenses, deception, fraud, false promises, concealment of material fact in connection to sales of deodorant speedstick and colgate whitening products with false advertisement within trade of merchandise due to the fact that such whitening products leaves yellow stains and are not a "Anti-stain" whitening product as falsely claimed.

#③. Plaintiff Johnson notes that he has had thousands of dollars worth of clothing destroyed by and through Colgate-Palmolive company's deceptive unfair trade practices pertinent to speedstick use leaving yellow stains on plaintiff's clothing, and such destruction of thousands of dollars has caused plaintiff Johnson substantial mental stress and "psychological irrepairable harm" "emotional duress" or "Actual Damages" deriving from Colgate-Palmolive company's breach of Contract Law, product liability, Missouri Merchandising Practices Act and Violation of Business and Corporate Compliance Laws and codes. And Plaintiff Requests $2,800,000 in Relief due to such.

#④ Plaintiff Tyler Johnson notes that the Aspects of "Equitable Relief, Quantum Meruit" states that if a defendant makes inclinations to profit off plaintiff by and through false pretenses, and then profits off of the plaintiff wrongfully, then plaintiff shall be awarded the adequate Relief and such harm or damages Resulting from the false concealment or unfair trade practices shall be stopped by Defendant being prohibited from continuing the deprivational fraud and capitalizing off such deception.

WHEREFORE, Plaintiff prays for Relief and any action that this Honorable court deems Just and proper.

_Tyler Johnson_                    8/21/2023