**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

TYLER JOHNSON, )
)
Plaintiff, )
)
v. ) No. 4:23-CV-1070-JAR
)
COLGATE-PALMOLIVE CO., )
)
Defendant. )

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

In accordance with the Memorandum and Order entered herewith,

**IT IS HEREBY ORDERED** that this case is **DISMISSED** without prejudice to the filing of a fully paid complaint.

Dated this 25th day of August, 2023.

JOHN A. ROSS
UNITED STATES DISTRICT JUDGE